IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

TIMOTHY HOLLINS, YOLANDA   *
HOLLINS, AND TIMOTHY HOLLINS, JR. *
  *
    PLAINTIFFS   *   CIVIL ACTION NO. 07-144-FJP-DLD
VS.   *
  *
INSUREX, INC.   *
    DEFENDANT   *

## ORDER

THE FOREGOING MOTION CONSIDERED, it is hereby ordered that this action is dismissed with prejudice.

Baton Rouge, Louisiana this _17th_ day of _April_, 2008.

_____

JUDGE, UNITED STATES DISTRICT COURT